■ STANLEY ROSMAN, Respondent, v. JAMES CLARK, Doing Business as CLARK ASSOCIATES, et al., Defendants, and CARD KEY SYSTEMS, INC., Appellant. — Order of the Supreme Court, Kings County, dated November 9, 1966, reversed and motion granted, with $10 costs and disbursements. The method of service of process chosen by plaintiff is not authorized and is therefore invalid (CPLR 313, 311; Business Corporation Law, §§ 307, 306). It further appears that the facts, so far as they appear in this record, would not be sufficient basis for juris-

diction (*Kramer* v. *Vogl,* 17 N Y 2d 27; *Feathers* v. *McLucas,* 15 N Y 2d 443, 458, 464). Ughetta, Acting P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.